UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 20, 2015

_____

NOTICE TO RESPOND
_____

No.  14-2289,   Thornell Johnson v. Nationstar Mortgage, LLC
             8:14-cv-02536-GJH

**RESPONSE DUE: January 30, 2015**

TO: Dmitry D. Balannik

To further consider appellant's motion and application to proceed in forma pauperis, please inform the court in writing of the origin of funds used to pay counsel's retainer. Response or supplement to motion must be filed by the due date shown in this notice.

Amy L. Carlheim, Deputy Clerk
804-916-2702